UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    NO. 19-mj-30456

JASON BROWN,
    aka "User 3"

    Defendant.
_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an amended order transferring defendant Jason Brown to answer to charges pending in another federal district, and states:

1. On or about August 29, 2019, defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the United States District Court of the Southern District of Texas based on a

1

Complaint.  Defendant is charged in that district with 18 U.S. Code § 2252A(2)(a) and (b)(1) –Conspiracy to Receive and Distribute Child Pornography.

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

Matthew Schneider
United States Attorney

*[signature]* (for)

April Russo
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI    48226-3211
April.Russo@usdoj.gov
(313) 226-9129

Date:  8-29-19